[No. 13954-1-I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ALLEN CONLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-02094-4, Herbert M. Stephens, J., entered October 27, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Callow, JJ.

[No. 13985-1-I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY LEE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00155-7, Gerald L. Knight, J., entered October 25, 1983. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Swanson and Callow, JJ.

[No. 14033-7-I.   Division One.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH ORVILLE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-02540-7, Liem E. Tuai, J., entered December 20, 1983. *Dismissed* by unpublished per curiam opinion.